## STATE OF MICHIGAN

## IN THE COURT OF APPEALS

**PEOPLE OF THE UNITED STATES OF AMERICA,**

                *Plaintiff-Appellee*,

v.                        Case No. 26-1051
                              Originating Case No. 21-cr-20653-01

**NATHAN OMAR,**

                *Defendant-Appellant.*

_____

| Kimberly W. Stout (P38588) | Katharine Hemann |
|---|---|
| KIMBERLY W. STOUT, P.C. | Office of U.S. Attorney |
| *Attorney for Defendant-Appellant* | *Asst. U.S. Attorney* |
| 370 E. Maple Rd., 3rd Fl | 101 First Street, #200 |
| Birmingham, Michigan 48009 | Bay City, MI 48708 |
| (248) 258-3181 | (989) 895-4185 |

_____

## MOTION TO WITHDRAW AS COUNSEL

      NOW COMES Kimberly W. Stout and requests this Honorable Court enter an Order permitting her to withdraw as counsel from the above matter. In support, Ms. Stout states as follows:

1. Following the denial of bond in federal court (Mr. Omar was granted a personal bond in the state court following a mistrial as described below), Mr. Omar filed a Notice of Appeal *Pro Se* with this Honorable Court on Jan. 15, 2026. This Court then appointed Ms. Stout to represent Defendant on appeal. However, Ms. Stout cannot represent Defendant, as she

withdrew from all representation due to a break-down in communication and the attorney client relationship.

2. On or about Sept. 15, 2025, Ms. Stout was appointed to represent Nathan Omar on alleged violations of supervised release conditions. He had previously been convicted of Felon in Possession of a Firearm, contrary to 18 U.S.C. 922(g)(1), and served a term of 37 months incarceration.. One of the violations was based upon a state court charge of Assault with Intent to Murder, in violation of MCL 750.84.  Undersigned counsel was retained as his counsel in that case. A trial was held in October 2025, and resulted in a mistrial.

3. On Sept. 15, 2025, Defendant was brought before U.S. District Court for the Eastern District of Michigan in Bay City, for an appearance with regard to alleged violations of supervised release including the state charge. Undersigned opposed the detention request. In its Order dated Sept. 15, 2025, the U.S. District Court for the Eastern District of Michigan ordered the Defendant detained without bail, based upon the following findings:

> In the instant case, Defendant has been alleged to have violated his supervised release based on a pending charge in Saginaw County Circuit Court for assault with intent to murder and on having left the jurisdiction without permission. Defendant had been given permission to go to Texas previously and he returned, so he was aware he could not leave the jurisdiction without permission yet he returned to Texas without having gained

permission to do so and was arrested in Texas for the Saginaw County charge. Therefore, he poses both a danger (based on probable cause to believe he committed the assault) and a risk of flight (based on his having left the jurisdiction without permission). For these reasons and those stated on the record, I am not persuaded by clear and convincing evidence that Defendant is not likely to flee or pose a danger if released under § 3142(b) or (c).

4. Undersigned moved to withdraw from **both** the state court case and the supervised release violation case in federal court. Undersigned counsel was permitted to withdraw as Mr. Omar's counsel in **both** the state court proceedings and the federal supervised release proceedings due to an irreparable breakdown in the attorney-client relationship since the mistrial in the state case.[1]

WHEREFORE, Kimberly W. Stout respectfully requests this Court permit Ms. Stout to withdraw from appellate representation.

Respectfully submitted,
/s/Kimberly W. Stout
Kimberly W. Stout (P38588)
370 E. Maple Rd., 3rd Floor
Birmingham, MI

---

[1] Mr. Omar did not agree with the strategy of undersigned counsel. Undersigned counsel and Mr. Omar were no longer able to discuss his Saginaw case or the supervised release case in a professional manner.

STATE OF MICHIGAN

IN THE COURT OF APPEALS

**PEOPLE OF THE UNITED STATES OF AMERICA,**

*Plaintiff-Appellee*,

v.  Case No. 26-1051
Originating Case No. 21-cr-20653-01

**NATHAN OMAR,**

*Defendant-Appellant.*

_____

**PROOF OF SERVICE**

I hereby certify that on Jan. 21, 2026, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, including Appellant Nathan Omar at Midland Co. Jail, 101 Fast Ice Dr., Midland, MI 48642. Parties may access this filing through the Court's system.

/s/ Kimberly W. Stout
Attorney at Law