Case No. 26-1051

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NATHAN ZAIN OMAR

    Defendant - Appellant

Upon consideration of the motion of Kimberly Winona Stout to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  January 22, 2026