## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 23, 2026

Mr. Wade G. Fink
Wade Fink Law
550 W. Merrill Street
Suite 100
Birmingham, MI 48009

    Re: Case No. 26-1051
         *USA v. Nathan Omar*
         Originating Case No. 1:21-cr-20653-1

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                               Sincerely yours,

                                               s/Kelly Stephens
                                               Appeal Case Manager: Roy
                                               Direct Dial No. 513-564-7014

cc: Ms. Katharine Hemann

Enclosure