No. 26-1051

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 23, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff - Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| NATHAN ZAIN OMAR, ) | |
| ) | |
| Defendant - Appellant. ) | |

On January 22, 2026, the clerk granted the defendant's counsel leave to withdraw, stating that new counsel would be appointed. The record reflects that the district court appointed attorney Wade G. Fink to represent the defendant on January 23, 2026. Accordingly, Mr. Fink is appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, to represent the defendant on appeal. The clerk will add Mr. Fink to the docket and serve a copy of this order on him. Mr. Fink shall enter his appearance within 5 days of the date of this order.

The clerk will reset the briefing schedule in this expedited matter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk