**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 23, 2026

Mr. Wade G. Fink
Wade Fink Law
550 W. Merrill Street
Suite 100
Birmingham, MI 48009

Ms. Katharine Hemann
Office of the U.S. Attorney
101 First Street
Suite 200
Bay City, MI 48708

  Re: Case No. 26-1051
    *USA v. Nathan Omar*
    Originating Case No. 1:21-cr-20653-1

Dear Counsel,

 The expedited briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Appellant Brief | Filed electronically by **January 28, 2026** |
| Appellee Brief | Filed electronically by **February 2, 2026** |
| Appellant Reply Brief<br> (Optional) | Filed electronically 3 days<br>  after the appellee's brief is filed.<br>  See Fed. R. App. P. 26(c) |

 The Federal Rules of Appellate Procedure and Sixth Circuit Rules are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

              Sincerely yours,

              s/Kelly Stephens

              Appeal Case Manager: Robin for Roy
              Direct Dial No. 513-564-7015