**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 23, 2026

Mr. Kevin Michael Schad
Federal Public Defender's Office
250 E. Fifth Street
Suite 350
Cincinnati, OH 45202

    Re: Case No. 26-1051
          *USA v. Nathan Omar*
          Originating Case No. 1:21-cr-20653-1

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                                           Sincerely yours,

                                                            s/Kelly Stephens
                                                            Appeal Case Manager: Robin for Roy
                                                             Direct Dial No. 513-564-7015

cc: Mr. Wade G. Fink
     Ms. Katharine Hemann

Enclosure