UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **26-1051**

Case Title: **United States** vs. **Nathan Zain Omar**

List all clients you represent in this appeal:

**Nathan Zain Omar**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kevin M. Schad**     Signature: s/ **Kevin M. Schad**

Firm Name: **Federal Public Defenders Southern District of Ohio**

Business Address: **250 E Fifth St. Suite 350**

City/State/Zip: **Cincinnati OH 45202**

Telephone Number (Area Code): **513.929.4834**

Email Address: **kevin_schad@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---