# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/09/2026.

**Case Name:** USA v. Nathan Omar
**Case Number:** 26-1051

**Docket Text:**
ORDER filed : AFFIRMED Mandate to issue, pursuant to FRAP 34(a)(2)(C). Karen Nelson Moore, CONCURRING Circuit Judge; John B. Nalbandian, Circuit Judge and Chad A. Readler, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Nathan Zain Omar
Midland County Jail
105 Fast Ice Drive
Midland, MI 48642

**A copy of this notice will be issued to:**

Ms. Kaycee Berente
Ms. Kinikia D. Essix
Ms. Katharine Hemann
Mr. Kevin Michael Schad