No. 26-1051

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Feb 9, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

v.

NATHAN ZAIN OMAR,

   Defendant-Appellant.

Before: MOORE, NALBANDIAN, and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Bay City.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the district court's order is AFFIRMED.

ENTERED BY ORDER OF THE COURT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk